UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

        Plaintiff.

  v.

HILDA LAI,

        Defendant.

Case No. 21-cv-00906-JCS

**ORDER TO SHOW CAUSE**

IT IS HEREBY ORDERED that Plaintiff appear on **April 29, 2022, at 2:00 p.m.,** before Chief Magistrate Judge Joseph C. Spero, by Zoom (Zoom Webinar 161 926 0804. Password: 050855), San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to prosecute. A case management conference is also scheduled for **April 29, 2022**, **at 2:00 p.m. If Plaintiff files a motion for default judgement before that time, this OSC will be expunged and the case management conference will be continued to the date of the hearing on the motion.**

IT IS SO ORDERED.

Dated: April 21, 2022

                                                          JOSEPH C. SPERO
                                                          United States Chief Magistrate Judge